UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

CHRISTOPHER SHAWN EARLE                    Case No. 3:25-bk-02394-JAF

                                           Chapter 13
_____ Debtor   /

## MOTION TO DISMISS

COMES NOW the Trustee and moves the Court to dismiss the above captioned case on the grounds that the Debtor has failed to make interim payments as ordered by the Court or required by Section 1326 (a)(1) of the Bankruptcy Code. The amount necessary to bring this account current as of the date of this Motion is **$6,033.00**.

Respectfully submitted this 22nd day of October, 2025.

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on October 22, 2025 on the Debtor and the Debtor's attorney.

Christopher Shawn Earle, 32097 Settlers Ridge Drive, Bryceville, Fl 32009
Candyce M King Esquire, King And Mannion Pa, 2219 Park Street, Jacksonville, Fl 32204

/s/ Douglas W. Neway
_____
DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida  32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038